**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Hernandez DANIEL, Defendant— Appellant.**

**No. 09–7214.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 8, 2009.

Hernandez Daniel, Appellant Pro Se. John Staige Davis, V, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

711

PER CURIAM:

Hernandez Daniel appeals the district court's order denying his motion to amend the sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Daniel,* No. 3:08–CR–00248–RLW–1 (E.D. Va. June 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*